UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| KLEW, LLC., <br><br> Plaintiff, <br><br> v. <br><br> SPECULATIVE PRODUCT DESIGN, LLC, <br><br> Defendant. | Case No. 15-cv-02361-BLF <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE AND ~~PROPOSED~~ ORDER** <br><br> Judge:   Honorable Beth Labson Freeman |

Pursuant to the Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Klew, LLC ("Plaintiff"), and Defendant Speculative Product Design, LLC  ("Defendant"), by and through their respective undersigned counsel, hereby stipulate to the dismissal of this action.  All claims for relief asserted against Defendant by Plaintiff are dismissed WITH PREJUDICE.  Each party shall bear its own attorneys' fees and costs, and all other expenses incurred in connection with this action.

IT IS SO STIPULATED.

[Signatures on the next page]

Dated: March 1, 2016
                                        FOLEY & LARDNER LLP


                                        By: /s/ Robert S. Weisbein
                                            Robert S. Weisbein
                                            FOLEY & LARDNER LLP
                                            555 California Street, Ste. 1700
                                            San Francisco, CA   94104-1520
                                            Telephone: 415-434-4484
                                            Facsimile: 415-434-4507
                                            Email: rweisbein@foley.com

                                            *Attorneys for Plaintiff KLEW, LLC*


Dated: March 1, 2016
                                        DORSEY & WHITNEY LLP


                                        By: /s/ Gregory S. Tamkin
                                            Gregory S. Tamkin
                                            DORSEY & WHITNEY, LLP
                                            1400 Wewatta Street, Suite 400
                                            Denver, CO 80202-5549
                                            Telephone:  (303) 629-3400
                                            Facsimile:  (303) 629-3450
                                            Email: tamkin.greg@dorsey.com

                                            *Attorneys for Defendant Speculative Product Design, LLC*


Dated: O ctej ''3, 2018                             SO ORDERED:

                                        _____
                                            Hon. Beth Labson Freeman
                                            United States District Judge


---

STIPULATION FOR DISMISSAL WITH PREJUDICE AND PROPOSED ORDER

2